IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-434-CR




DWAYNE WALKER,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 0911452, HONORABLE WILFORD FLOWERS, JUDGE


 





PER CURIAM

 This is an appeal from a judgment of conviction for aggravated sexual assault.

 It has been brought to the attention of this Court that appellant died February 3,
1992. The death of the appellant during the pendency of appeal deprives this Court of
jurisdiction. King v. State, 379 S.W.2d 907 (Tex. Crim. App. 1964); Crips v. State, 240 S.W.2d
112 (Tex. Crim. App. 1922).

 The appeal is permanently abated. See Mojica v. State, 653 S.W.2d 121 (Tex.
App. 1983, no pet.).


[Before Justices Powers, Jones, and Kidd]

Appeal Permanently Abated on Court's Motion

Filed: April 1, 1992

[Do Not Publish]